**Exhibit A to the Complaint**

**Location:** Philadelphia, PA
**Total Works Infringed:** 68

**IP Address:** 100.34.115.247
**ISP:** Verizon Fios

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | B3F096838CC04ABDE9C672BC58BA67823584F971 | 08/21/2026 23:09:22 | Blacked | 08/21/2026 | 08/26/2026 | PA0002601068 |
| 2 | 15A55EBB3FD06FE9F9067812A0D0168440813B70 | 08/20/2026 01:32:48 | Blacked Raw | 10/21/2022 | 10/31/2022 | PA0002377818 |
| 3 | 41B3EC2D6CD45BBF85051632D43E36BAA7523668 | 08/20/2026 01:32:48 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 4 | 05D9E9EB431AEF78D0BD2E16B66F558D4839A3BC | 08/20/2026 01:32:48 | Tushy | 08/09/2017 | 08/17/2017 | PA0002077673 |
| 5 | 41A31DD704A4FBFC9D2A48A4421D4C9F44754141 | 08/20/2026 00:07:59 | Vixen | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 6 | 8A648DB9622035F8BA2FEDE5F9EDE4894208D3E3 | 08/20/2026 00:03:57 | Blacked | 12/16/2019 | 01/22/2020 | PA0002234860 |
| 7 | B63010990EB37E86B9F26FBD4B7BA9FB6B2C89DF | 08/19/2026 23:22:01 | Vixen | 03/04/2020 | 04/17/2020 | PA0002246168 |
| 8 | 617BD0B354262AFD79449975AEF7BEDD4AD9097A | 08/19/2026 23:19:49 | Vixen | 10/01/2019 | 10/21/2019 | PA0002207746 |
| 9 | 69A41CE3F7133CE893BEE6A28B06407D07F170F5 | 08/19/2026 23:00:06 | Milfy | 06/21/2023 | 08/22/2023 | PA0002431065 |
| 10 | 55A84980F548F4E2EE875E548E07657A7CAEC534 | 08/19/2026 22:56:32 | Milfy | 06/12/2024 | 09/09/2024 | PA0002491143 |
| 11 | 88620B073A78B5264AADA5BCF92E3754C8168416 | 08/19/2026 22:44:25 | Blacked Raw | 09/01/2022 | 11/24/2022 | PA0002388645 |
| 12 | 714EA8D6A063C9940C41C9F49878B7417B1223F8 | 08/19/2026 22:40:18 | Blacked Raw | 07/04/2022 | 07/22/2022 | PA0002359466 |
| 13 | 434CDEA9A4E461DA9DB9DF7E96C1F733C273AB05 | 08/19/2026 21:52:19 | Blacked Raw | 09/14/2020 | 09/29/2020 | PA0002258688 |
| 14 | 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C | 08/19/2026 21:48:30 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 15 | 23118C154A2FD4EBC3BD00500D2DCDEA4F2C56B1 | 08/19/2026 21:44:11 | Vixen | 03/20/2019 | 04/17/2019 | PA0002186982 |
| 16 | 1D8C99B00AD138010A90E2C90CAF50FD026C7A08 | 08/19/2026 20:48:49 | Blacked | 10/17/2018 | 10/28/2018 | PA0002130456 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 48549CF3C6A35279979B97072A7324C0E5B12AC0 | 08/19/2026 20:19:23 | Vixen | 06/26/2026 | 07/01/2026 | PA0002591690 |
| 18 | BA4548E157820A3DF2C7D690EA08DB61F12C949A | 08/19/2026 20:19:10 | Blacked Raw | 02/06/2020 | 02/20/2020 | PA0002229053 |
| 19 | 609925695807CF8D58C61A83C0667EBFACA3059B | 08/19/2026 19:34:36 | Blacked Raw | 11/25/2019 | 12/09/2019 | PA0002216263 |
| 20 | 1205E616755C27EEE71979A1051BDBC53878445F | 08/19/2026 19:24:57 | Milfy | 06/24/2026 | 07/01/2026 | PA0002591692 |
| 21 | 054C902A48C976BAA41940DA83399EF56B420B9A | 08/19/2026 19:12:10 | Milfy | 09/10/2025 | 09/16/2025 | PA0002551067 |
| 22 | CBD2B9F209527255C663A401AA72FE134D1ACBF2 | 08/19/2026 19:06:37 | Blacked Raw | 01/08/2024 | 02/14/2024 | PA0002455060 |
| 23 | 70CF6756C8318E2D8300A38CE4D54CA041788A01 | 08/19/2026 18:47:35 | Vixen | 10/13/2023 | 11/14/2023 | PA0002439697 |
| 24 | A6A71E27A3DACF2096705B33EBC781149840B19B | 08/19/2026 18:31:40 | Blacked | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 25 | E8BA1AEF90EBAF02D88E8186AE77998D7F63AE7A | 08/19/2026 18:04:32 | Milfy | 05/28/2025 | 06/09/2025 | PA0002534201 |
| 26 | FE35FEFCABD200742FCD5634AAFD5D74245E9752 | 08/19/2026 17:17:17 | Milfy | 05/20/2026 | 05/29/2026 | PA0002586633 |
| 27 | FEBE3AB17BB388A9B7C68DCFF9D8D20180AB6C0E | 08/19/2026 15:57:39 | Milfy | 10/15/2025 | 11/10/2025 | PA0002553354 |
| 28 | BE7C916C48A658B60B71A0C6CB70D14061C1E6BD | 08/19/2026 15:57:16 | Slayed | 03/05/2024 | 06/25/2024 | PA0002477541 |
| 29 | 5FB4E522E9CEA6AE1BA8638E8AA4336E36965733 | 08/19/2026 15:41:37 | Milfy | 09/03/2025 | 09/16/2025 | PA0002551066 |
| 30 | 5A9A06FCFB7AFA118795BBEA65AB1A1F9E8F0FD3 | 08/19/2026 15:06:25 | Blacked | 05/20/2023 | 06/09/2023 | PA0002415379 |
| 31 | 00148BFD2178C2020A1A798A93B4287CEB4C4AAD | 08/19/2026 14:16:36 | Blacked | 11/18/2023 | 12/11/2023 | PA0002444878 |
| 32 | 01A440847097B025DE6EEAB45B97D3C5C922685D | 08/19/2026 14:04:06 | Tushy | 11/01/2020 | 11/18/2020 | PA0002272627 |
| 33 | BE12BC47B9E8402E60F764439965F58677EA2C40 | 08/19/2026 13:59:42 | Blacked | 08/27/2022 | 10/05/2022 | PA0002373768 |
| 34 | 4E161DCD3B0C439F68280147371BA08686987D0B | 08/19/2026 13:59:23 | Milfy | 08/21/2024 | 09/17/2024 | PA0002490356 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 966AF5D11568D7D5896168F66E882245BA8A5F07 | 08/19/2026 13:57:56 | Blacked Raw | 01/12/2020 | 02/04/2020 | PA0002225587 |
| 36 | 6CA66A2AB44C87FAD5AE7D7AAEBDD437E96085F0 | 08/19/2026 13:51:58 | Milfy | 02/07/2024 | 03/15/2024 | PA0002461447 |
| 37 | 72ACB9A107341008730593EA4C32E3491A642198 | 08/19/2026 13:49:20 | Milfy | 12/20/2023 | 01/16/2024 | PA0002453983 |
| 38 | ADE0CB29621C8D7AE73E90BE7AD3067F0F291EB8 | 08/19/2026 13:46:45 | Milfy | 08/09/2023 | 12/05/2023 | PA0002443594 |
| 39 | 45252AC64F20950CC8D57205BD09649AAB24D995 | 08/19/2026 13:46:33 | Blacked Raw | 07/08/2024 | 07/15/2024 | PA0002480635 |
| 40 | CAE9F6507E77B2234479A4FD9F56866025D0B1FE | 08/19/2026 13:46:32 | Milfy | 04/03/2024 | 06/24/2024 | PA0002477489 |
| 41 | 5485F978C6D76D89F3EB2D7DABCAFB5E9363A7C7 | 08/19/2026 13:46:25 | Milfy | 12/17/2025 | 01/02/2026 | PA0002558858 |
| 42 | 9B9BE0BD6B2C4DD84BD646AF5D801292AFB09DDF | 08/19/2026 13:46:17 | Blacked Raw | 09/24/2019 | 10/07/2019 | PA0002205464 |
| 43 | 4194F4803242BCE1CDD90B44A0AB889D83E63454 | 08/19/2026 13:45:23 | Blacked | 02/12/2025 | 02/18/2025 | PA0002516029 |
| 44 | 58FA21CDF687B80819A2CDCFF8803FD04227E80D | 08/19/2026 13:27:08 | Milfy | 10/22/2025 | 11/14/2025 | PA0002553523 |
| 45 | 65A639F1222FDCDC438FB30393490192BD88E2E0 | 07/15/2026 08:39:35 | Milfy | 03/20/2024 | 06/24/2024 | PA0002477487 |
| 46 | 1DCE369E43AD5E03F03D4114E20A070209801D23 | 04/17/2026 09:59:24 | Vixen | 11/28/2025 | 12/09/2025 | PA0002556533 |
| 47 | D456CE9FE0E5AB1E4322D1012C55AEC380DDC81D | 04/16/2026 18:25:14 | Tushy | 10/12/2025 | 11/10/2025 | PA0002553340 |
| 48 | 953C0FB22796392E754D15A9BCDF0A19872F78F0 | 01/14/2026 15:29:27 | Vixen | 01/12/2026 | 01/26/2026 | PA0002563061 |
| 49 | 0D1C30261BE6F9F899734A7C7E88246C1ED7EDDB | 01/14/2026 14:13:46 | Tushy | 08/04/2024 | 08/14/2024 | PA0002484839 |
| 50 | 4BFFDB6F2770A39FD5234C76C84CD6005E98AC91 | 01/13/2026 11:56:09 | Blacked | 11/24/2025 | 11/26/2025 | PA0002554932 |
| 51 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | 01/13/2026 10:37:56 | Blacked | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 52 | A4E3AE02DCC672723740C4FA51942B036ED56B11 | 01/13/2026 10:27:52 | Blacked | 04/08/2025 | 04/22/2025 | PA0002527048 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | BA3E47DF221C79C803F5F2404D9EE42DCE05F100 | 01/13/2026 10:24:35 | Tushy | 11/20/2022 | 12/11/2022 | PA0002384715 |
| 54 | B7FED358279E9DFB1F4AC53FBD793535B5BD700F | 01/13/2026 10:20:54 | Vixen | 05/05/2023 | 05/15/2023 | PA0002411290 |
| 55 | 294DDCEBFD93AA7E18B5CCC90F48DC52718D1B79 | 01/13/2026 09:50:13 | Blacked Raw | 06/07/2021 | 06/15/2021 | PA0002296926 |
| 56 | 29A8F5574E95B70E6013548D83E7CC2B05C574C5 | 01/13/2026 08:49:14 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 57 | F7584EAD8BB810CD75BB8B1AC568E48EE5CC21A0 | 01/13/2026 08:44:08 | Blacked Raw | 12/18/2018 | 02/02/2019 | PA0002155391 |
| 58 | 0F61E6587DD239C75A26F7F17E8F3C9523DFA62D | 01/13/2026 08:19:58 | Blacked Raw | 04/24/2023 | 05/14/2023 | PA0002411259 |
| 59 | 045AEEFE018AE2815CF6B4FA7138A3DF0760ECA7 | 01/13/2026 08:00:02 | Tushy | 05/21/2023 | 06/09/2023 | PA0002415379 |
| 60 | 16F95F398FF7FA53BB9DD43965822469D8BAC997 | 01/13/2026 07:22:26 | Blacked | 05/23/2024 | 06/18/2024 | PA0002476881 |
| 61 | F445823EE2BB5E4BF4886EB8490DF47ACC438C4E | 12/09/2025 21:48:18 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 62 | 7FF46E73C749B65A650C9625F032F48007CFEEE4 | 12/09/2025 21:37:48 | Milfy | 11/27/2024 | 12/13/2024 | PA0002506274 |
| 63 | 20D49D536912E1265D9389994045CC98A4B5A21D | 12/09/2025 21:32:15 | Milfy | 09/18/2024 | 10/16/2024 | PA0002494686 |
| 64 | B3E4F522B97E26FE1BB7C47BD50C595C1060AD4C | 04/29/2025 23:06:04 | Slayed | 04/29/2025 | 05/23/2025 | PA0002537568 |
| 65 | ECF3FCF71E6FBF79AF6F61C849C9305DA94EB539 | 04/15/2025 14:22:51 | Milfy | 07/05/2023 | 08/22/2023 | PA0002431067 |
| 66 | 1908BDD6CC4531281E1755D49FECD27A6B7B57AF | 04/11/2025 15:35:01 | Milfy | 02/12/2025 | 02/18/2025 | PA0002516144 |
| 67 | DA53898D641F8DFF4BCA544D95645865364565AC | 02/19/2025 08:17:04 | Milfy | 05/01/2024 | 06/20/2024 | PA0002477047 |
| 68 | DC9B2A191BE402E56E39283D47D35D7C428B2D96 | 02/18/2025 23:14:18 | Milfy | 12/11/2024 | 12/13/2024 | PA0002506277 |